IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMYJON SMITH,

    Plaintiff,

v.                                                 No. 14-cv-0336 LH/SMV

GEICO INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO BIFURCATE AND STAY PLAINTIFF'S EXTRA-CONTRACTUAL CLAIMS

THIS MATTER is before the Court on Defendant's Unopposed Motion to Bifurcate and Stay Plaintiff's Extra-Contractual Claims [Doc. 13] ("Motion"), filed May 13, 2014. The Court, having considered the Motion and relevant law, and noting that the Motion is unopposed, finds that the Motion should be **GRANTED**.

"For convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third party claims." Fed. R. Civ. P. 42(b). Defendant requests that Plaintiff's contractual claims in Count I be bifurcated from the extra-contractual claims in Counts II, III, IV, and V, and that proceedings as to the latter claims be stayed pending the resolution of the claims in Count I. [Doc. 13] at 7. Having considered the possibility of unfair prejudice and the Court's own interest in judicial economy, the Court finds that bifurcation is warranted.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Bifurcate and Stay Plaintiff's Extra-Contractual Claims [Doc. 13] is **GRANTED**. All proceedings as to Counts II, III, IV, and V are hereby **STAYED** pending resolution of the claims in Count I.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**