# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AMYJON SMITH,

    Plaintiff,

v.                                                          No. 14-cv-0336 LH/SMV

GEICO INSURANCE COMPANY,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     August 11, 2015, at 10:30 a.m.

**Matter to be heard**:   Status Conference

A telephonic status conference is hereby set for **August 11, 2015, at 10:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    IT IS SO ORDERED.

                                                                         **STEPHAN M. VIDMAR**
                                                                         **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.