**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

AMYJON SMITH,

     **Plaintiff,**

v.                                        **No. 14-cv-0336 WJ/SMV**

GEICO INSURANCE COMPANY,

     **Defendant.**

**ORDER TO FILE CLOSING DOCUMENTS**

     The parties reached a settlement in this matter at a conference held before the Court on October 6, 2015.

     **IT IS THEREFORE ORDERED** that closing documents be filed no later than **November 20, 2015**, absent a request for an extension and a showing of good cause.

     **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**